# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-03015-01-CR-S-DW |
| | ) | |
| ROBERT SULIIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One, Two and Three of the Indictment filed on January 19, 2006, is now Accepted and the Defendant is Adjudged Guilty of such offenses. Sentencing will be set by subsequent Order of the Court.


           /s/ Dean Whipple
             **DEAN WHIPPLE, CHIEF**
             **UNITED STATES DISTRICT JUDGE**


Date: June 26, 2006